UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DESIGN BASICS, LLC,

        Plaintiff,

v.

ROERSMA & WURN BUILDERS, INC.,
*et al.*

        Defendants.
_____/

CASE NO. 1:10-CV-696

HON. ROBERT J. JONKER

## ORDER APPROVING AND ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action (docket # 147) concerning Plaintiff's motion for partial summary judgment concerning ownership and access (docket # 102). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 23, 2012 (docket # 147), is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Partial Summary Judgment (docket # 102) is **GRANTED** to the limited extent it seeks a finding that Defendants had access to the Deming (Copyright #VA 542-639) and Edmonton (Copyright #VA 467-637) Plans and that Plaintiff need not prove this fact further at trial, and is **DENIED** in all other respects.

Dated:    May 18, 2012           /s/ Robert J. Jonker
                                                           ROBERT J. JONKER
                                                            UNITED STATES DISTRICT JUDGE