UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DESIGN BASICS, LLC,

    Plaintiff,                                                Case No. 1:10-cv-696

v.                                                         Hon. Robert J. Jonker

ROERSMA & WURN BUILDERS, INC.,
WILLIAM ROERSMA, MARK R. WURN,
CHOICE REALTY OF MI, LLC and
BUILDERS MANAGEMENT GROUP, L.L.C.,

    Defendants.

| | |
|---|---|
| Thomas V. Hubbard (P60575) | Christopher S. Berry (P68580) |
| Theodore J. Westbrook (P70834) | Berry & Berry PLC |
| J. Joseph Rossi (P53941) | Attorneys for Defendants |
| Drew, Cooper & Anding, P.C. | 170 College, Suite 320 |
| Attorneys for Plaintiff | Holland, MI 49423 |
| Aldrich Place, Suite 200 | Ph: (616) 796-9600 |
| 80 Ottawa Avenue, N.W. | cberry@berryplc.com |
| Grand Rapids, MI 49503 | |
| Ph: (616) 454-8300 | Joseph P. VanderVeen (P55970) |
| thubbard@dca-lawyers.com | Strain, Murphy & Vander Wal, P.C. |
| twestbrook@dca-lawyers.com | Attorney for Defendant Builders Management |
| jrossi@dca-lawyers.com | Group, L.L.C. |
| | 2900 East Beltline Avenue, N.E. |
| Dana A. LeJune | Grand Rapids, MI 49525 |
| Texas Bar No. 12188250 | Ph: (616) 364-2900 |
| LeJune Law Firm | jvanderveen@smvpc.com |
| Attorney for Plaintiff | |
| 6525 Washington Ave., Suite 300 | |
| Houston, TX 77007 | |
| Ph: (713) 942-9898 | |
| dlejune@triallawyers.net | |

**STIPULATION AND ORDER OF DISMISSAL**

Having settled their dispute, the parties hereby stipulate to the dismissal of the above-captioned case with prejudice and without costs.

                                                        Respectfully submitted,

Dated: November 5, 2012                /s/ J. Joseph Rossi
                                                        Thomas V. Hubbard (P60575)
Theodore J. Westbrook (P70834)
J. Joseph Rossi (P53941)
Drew, Cooper & Anding, P.C.
Attorneys for Plaintiff
Aldrich Place, Suite 200
80 Ottawa Avenue, N.W.
Grand Rapids, MI 49503
Ph:    (616) 454-8300
thubbard@dca-lawyers.com
twestbrook@dca-lawyers.com
jrossi@dca-lawyers.com


Dana A. LeJune
Texas Bar No. 12188250
LeJune Law Firm
Attorney for Plaintiff
6525 Washington Ave., Suite 300
Houston, TX 77007
Ph:    (713) 942-9898
dlejune@triallawyers.net


Dated: November 5, 2012                /s/ Christopher S. Berry
Christopher S. Berry (P68580)
Berry & Berry PLC
Attorneys for Defendants
170 College, Suite 320
Holland, MI  49423
Ph:    (616) 796-9600
cberry@berryplc.com

Dated: November 5, 2012  /s/ Joseph P. VanderVeen
Joseph P. VanderVeen (P55970)
Strain, Murphy & Vander Wal, P.C.
Attorney for Defendant Builders
Management Group, L.L.C.
2900 East Beltline Avenue, N.E.
Grand Rapids, MI  49525
Ph:     (616) 364-2900
jvanderveen@smvpc.com

## ORDER

IT IS SO ORDERED.

Dated: _____

Hon. Robert J. Jonker
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2012, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

Dated: November 5, 2012  /s/ J. Joseph Rossi
Thomas V. Hubbard (P60575)
Theodore J. Westbrook (P70834)
J. Joseph Rossi (P53941)
Drew, Cooper & Anding, P.C.
Attorneys for Plaintiff
Aldrich Place, Suite 200
80 Ottawa Avenue, N.W.
Grand Rapids, MI 49503
Ph:     (616) 454-8300
thubbard@dca-lawyers.com
twestbrook@dca-lawyers.com
jrossi@dca-lawyers.com

I:\JEATeam\3047-01\PLEADINGS\Stip Dismiss (120.136)